IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-01154-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JAMES W. OLDS, II,

    Petitioner,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Respondent.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner has submitted a document titled "Writ of Habeas Corpus." He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in an Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers which the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

Dockets.Justia.com

|      |     | |
|------|-----|-|
| (4)  | __  | period immediately preceding this filing is missing required financial information |
| (5)  | __  | is missing an original signature by the prisoner |
| (6)  | __  | is not on proper form (must use the court's current form) |
| (7)  | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (8)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (9)  | X   | other: motion is necessary only if filing fee is not paid in advance. |

**Complaint, Petition or Application:**

|       |    | |
|-------|----|-|
| (10)  | __ | is not submitted |
| (11)  | X  | is not on proper form (must use the court's current form) |
| (12)  | __ | is missing an original signature by the prisoner |
| (13)  | __ | is missing page nos. ___ |
| (14)  | __ | uses et al. instead of listing all parties in caption |
| (15)  | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16)  | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17)  | __ | names in caption do not match names in text |
| (18)  | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

2

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29TH day of May, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 01154**

James W. Olds, II
Doc# 49313 Unit 1 B 1 211
Denver Reception & Diagnostic Center
10900 Smith Road
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _6-1-07_

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk